# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:17-cv-02132-DDD-MEH

MHARIEL SUMMERS,

    Plaintiff,

v.

GREEN RIVER CORPORATION, a Colorado corporation, d/b/a Aaron's Rental Purchase Inc.; and AARON'S INC., a Georgia corporation,

    Defendants.

---

## NOTICE OF APPEAL TO THE UNITED STATES COURT
## OF APPEALS FOR THE TENTH CIRCUIT

---

Notice is hereby given that Mhariel Summers, Plaintiff in the above captioned action, files this her Notice of Appeal to the United States Court of Appeals for the 10th Circuit of the following order of the Court: The District Court's Granting Defendant's Motion for Summary Judgment, which order was issued on July 2, 2019 (Docket No. 49).

Final Judgment was entered on this case on July 2, 2019 (Docket No. 50) and the case is ripe for appeal.

The parties to the Judgment and Order appealed from and the names and addresses of its attorneys are as follows:

For Defendant Green River Corporation:

Charles L. Bachman, Jr.
Gregory, Doyle, Calhoun & Rogers, LLC
49 Atlanta Street
Marietta, GA 30060

Respectfully submitted this 30th day of July, 2019.

                                        */s/ Rachel E. Ellis*
                                        Rachel E. Ellis
                                        Livelihood Law, LLC
                                        3401 Quebec Street, Suite 6009
                                        Denver, CO 80207
                                        Phone: (720) 465-6972
                                        Fax: (720) 465-6927
                                        Email: ree@livelihoodlaw.com

                                        ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I certify that on July 30, 2019, the foregoing Notice of Appeal to the United States Court of Appeals for the Tenth Circuit was filed with the CM/ECF electronic filing system, which will automatically notify the Defendants by email as follows:

Charles L. Bachman Jr.
cbachman@gregorydoylefirm.com

                                        */s/ Amber Klein*
                                        Amber Klein